

FILED
February 17, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-mj-0022 CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| DARRELL DAVIS | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DARRELL DAVIS </u>Case No. <u>2:23-mj-0022 CKD</u>  Charges <u>18 USC § 1591 </u>from custody for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

           _____  Unsecured Appearance Bond $ _____

           _____  Appearance Bond with 10% Deposit

           _____  Appearance Bond with Surety

           _____  Corporate Surety Bail Bond

           (Other): <u>Mr. Davis is to be released from the Sacramento County Jail to the custody of Christina</u>

   **X**   <u>Sinha on 2/17/2023 at 11:00 AM to be transported to the Pretrial Services.</u>

    _____

Issued at Sacramento, California on February 17, 2023 at 10:05 AM.

                      By:   /s/ Carolyn K. Delaney
                              Magistrate Judge Carolyn K. Delaney